UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 23-1942-DMG (SKx) | Date | July 18, 2023 |
| Title | *Karina Espitia v. Laboratory Corporation of America* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE STAYED**

In the parties' May 26, 2023 Joint Rule 26(f) Report [Doc. # 18], they identify three related cases: *Bermejo v. Laboratory Corporation of America*, Case No. CV 20-5337-DMG (SKx) (C.D. Cal.), *Poole v. Laboratory Corporation of America*, Case No. CV 21-1805-AWI (CDB) (E.D. Cal.), and *Aguilar v. Laboratory Corporation of America*, Case No. CV 22-9061-DMG (SKx) (C.D. Cal.). The parties apparently disagree whether a stay of this matter is appropriate in light of overlap between this case and the three related cases.

Accordingly, the Court defers entering a scheduling and case management order at this time. Instead, the Court **ORDERS** the parties to show cause why this action should not be stayed pending the outcome of one or more of the three cases identified above, including information regarding what proportion of the putative class members in this case would overlap with those of the related cases. The parties shall adhere to the following briefing schedule: Plaintiff's response to this Order shall be filed by **August 1, 2023**; Defendant's response to Plaintiff's filing shall be filed by **August 8, 2023**.

**IT IS SO ORDERED**.