UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

JS-6

| Case No. | CV 23-1942-DMG (SKx) | Date | October 4, 2023 |
|---|---|---|---|
| Title | *Karina Espitia v. Laboratory Corporation of America* | Page | 1 of 1 |

Present: The Honorable  DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings:  IN CHAMBERS—ORDER STAYING ACTION PENDING OUTCOME OF RELATED CASE [20]**

On July 18, 2023, the Court issued an Order to Show Cause ("OSC") why this action should not be stayed pending the outcome of three related cases: *Bermejo v. Laboratory Corporation of America*, Case No. CV 20-5337-DMG (SKx) (C.D. Cal.) ("*Bermejo*"), *Poole v. Laboratory Corporation of America*, Case No. CV 21-1805-AWI (CDB) (E.D. Cal.), and *Aguilar v. Laboratory Corporation of America*, Case No. CV 22-9061-DMG (SKx) (C.D. Cal.). [Doc. # 20.] Plaintiff Karina Espitia filed a response on August 1, 2023 [Doc. # 21], and Defendant Laboratory Corporation of America responded on August 8, 2023.  [Doc. # 22.]

On July 18, 2023, the Court stayed and administratively closed the *Aguilar* case pending the conclusion of the *Bermejo* proceedings.  *See* Case No. CV 22-9061-DMG (SKx), Doc. # 34. Currently, there is no final settlement approval hearing scheduled in *Bermejo v. Laboratory Corporation of America*, although a schedule is likely to be set imminently.  *See* Case No. 50-5337-DMG (SKx), Doc. # 55.

Having reviewed the parties' responses, the Court finds that good cause exists to stay this case. The action is therefore **STAYED** and administratively closed pending the conclusion of the *Bermejo* proceedings.  The parties shall file a Joint Status Report within 10 days after the conclusion of the *Bermejo* case, indicating whether this action should be consolidated with *Aguilar*, whether the stay should be lifted, and, if so, proposing new dates and deadlines.  The July 18, 2023 OSC is **DISCHARGED**.

**IT IS SO ORDERED.**

| CV-90 | CIVIL MINUTES—GENERAL | Initials of Deputy Clerk kt |
|---|---|---|